**Bradford WADE, Petitioner–Appellant**

v.

**T.G. WERLICH, Warden, Federal Correctional Institution Pollock, Respondent–Appellee.**

No. 15–30494
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 16, 2016.

Bradford Wade, Oakdale, LA, pro se.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Bradford Wade, federal prisoner # 30736–034, has appealed the district court's judgment dismissing without prejudice his petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his 2009 conviction of conspiracy to distribute heroin and distribution of heroin to a person under 21 years of age. Wade contends

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

that he should be permitted to raise a claim based on *Burrage v. United States,* —— U.S. ——, 134 S.Ct. 881, 187 L.Ed.2d 715 (2014), under the savings clause of 28 U.S.C. § 2255. Wade has not carried his burden of showing that § 2255 is inadequate and ineffective to test the legality of his detention. *See Garland v. Roy,* 615 F.3d 391, 394 (5th Cir.2010). The judgment is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.